### 152

Martin Broderick
vs.         } No.40288
Rhode Island Company

April 22, 1918

BLODGETT, J. Heard upon motion for a new trial made by defendant after verdict of a jury for plaintiff for $1800.

In this case plaintiff claims to have been injured upon Dexter street, Pawtucket, when he attempted to alight from an electric car which had stopped, by the sudden starting up of the car.

(Discussion of Testmony)

New trial granted unless plaintiff

remits within ten days all of said verdict in excess of $1200.

For Plaintiff: Thomas L. Carty.

For Defendant: Clifford Whipple and F. W. O'Connell.